UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 23 P 3: 38

AT BALTIMORE
_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 22, 2003

MEMORANDUM TO MR. MALLON RE:  Tanzy Bland v.
Direct Investigative Service, Inc., etc.
Civil #L-02-2223

Dear Mr. Mallon:

    The court file reflects that a summons was issued on July 9, 2002 for defendant, Direct Investigative Service, Inc. and a return of service on October 17, 2002 on the State Department of Assessment and Taxation. Accordingly, a written status report is due on or before February 4, 2003

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File