IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANZYBLAND

Plaintiff

v.

\*

\*

\* **Civil Action No.: WDO-O2-2223**

**DIRECT INVESTIGATIVE SERVICES** INC.\* d/b/a **UNIVERSAL DIRECT SECURITY**

\*

\*

Defendant

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

AFFmA VIT OF JOSEPH I. TIVVIS. JR.

\*

I, Joseph I. Tivvis, Jr., being over eighteen and otherwise competent to testify state the following:

1

I am **an employee of Mallon** & **McCool, LLC.**

2. **This office has not received** an **answer from the Defendant, Direct Investigative** Services, **Inc. to the Complaint filed in this matter.**

3. On May 13, 2003, I telephoned the Clerks office and was advised that the Defendant has failed to file an Answer to the Complaint.

I **solemnly affim1 under the penalties of perjury and based upon personal knowledge that** the contents of the foregoing paper are true and correct.



**Joseph** *Vs,* **j:** .

/

M:\OPEN FILES\BLAND, T ANZY\Affidavit of Joseph I. Tivvis, Jr..doc