IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANZY BLAND

Plaintiff

v.

\*

\*

\* **Civil Action No.: WDO-O2-2223**

DIRECT INVESTIGATIVE SERVICES INC.\* d/b/a UNIVERSAL DIRECT SECURITY

\*

\*

Defendant

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

\*

NON MILITARY AFFIDA VIT

The Defendant is not in the military service of the United States;

2.

The Defendant is not in the military service of any nation allied with the United States;

3.

The Defendant has not been ordered to report for induction under the Selective Training and Service Act;

4.

The Defendant is not a member of the enlisted Reserve Corps who has been ordered to report for military service.

\*

    I solemnly affirnl under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____
Joseph I. Tivvis, Jr.

M:\OPEN FILES\BLAND, TANZY\NonMilitaryAffidavit.doc