IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
TANZYBLAND *
Plaintiff *
v. * Civil Action No.: WDO-02-2223
DIRECT INVESTIGATIVE SERVICES INC.*
d/b/a UNIVERSAL DIRECT SECURITY
*
Defendant *
* * * * * * * * * * * *

ORDER OF DEFAULT JUDGMENT
It is this day ofMay, 2003, ORDERED, that Plaintiffs Motion for Default is
hereby granted and that Defendant, Direct Investigative Services, Inc be held in default, and that
the instant case be set for inquisition on the issue of damages only.
William D. Quarles,
U .S. District Judge