IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
TANZYBLAND *
Plaintiff *
v. * Civil Action No.: WDQ-02-2223
DIRECT INVESTIGATIVE SERVICES INC.*
d/b/a UNIVERSAL DIRECT SECURITY
*
Defendant *
* * * * * * * * * * * * *
ORDER O~DEFAULT JUDGMENT
It is this day of May, 2003, ORDERED, that Plaintiffs Motion for Default is
hereby granted and that Defendant, Direct Investigative Services, Inc., be held in default, and
that supplernental proceedings will be held on the day of ,!:';,,( 2003, on
the issue of damages.
William D. Quarles, Jr.
U.S. District Judge