## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **TANZY BLAND** | |
| **Plaintiff** | 2003 MAY 5 P 3 57 |
| | |
| **v.** | *  **Civil No. WDQ-02-2223** |
| | TIMORE |
| **DIRECT INVESTIGATIVE** | *  ___DEP |
| **SERVICES INC. d/b/a** | |
| **UNIVERSAL DIRECT SECURITY** | * |
| **Defendant** | ****** |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Darren M. Cady and Joseph T. Mallon, Jr.

that the summons and Complaint were properly served upon the above named Defendant on 17th

October, 2002, and that the time for said Defendant to plead or otherwise defend has expired , and

that said Defendant has failed to plead or otherwise defend as directed in said summons and as

provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of

Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered

this 14th day of May, 2003.

FELICIA C. CANNON, CLERK

By: _R. Lawson_____

Deputy Clerk
R.Lawson

FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAY 1 4 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY  5/14/03

U.S. District Court (Rev. 1/2000) - Order of Default