IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TANZY BLAND | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: WDQ-02-2223 |
| | * | |
| DIRECT INVESTIGATIVE SERVICES, INC. d/b/a | * | |
| UNIVERSAL DIRECT SECURITY | | |
| Defendant | ****** | |

### GENERAL CONSENT TO PROCEED
### BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_Tanzy Bland_
Name of Party

_[signature]_
Signature of Party or Counsel

_5/16/03_
Date

**This form is available on the Court's web site: www.mdd.uscourts.gov.**

U.S. District Court (Rev. 3/24/2003)