IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANZY BLAND   *

vs.   *   Civil No. WDQ - 02-2223

DIRECT INVESTIGATIVE SERVICES, INC.   *
d/b/a UNIVERSAL DIRECT SECURITY

*******

## WAIVER OF JURY TRIAL

Having been fully advised of my right to a jury trial in this case, and being represented by counsel, I do hereby waive (give up) my right to a jury trial and request to proceed before a United States Magistrate Judge without a jury.

_____   _____
Plaintiff                               Plaintiff's Counsel

Approved:

_____   _____
Date                                    United States District Judge
                                        William D. Quarles

U. S. District Court - Waiver of Jury Trial (Rev. 10/2001)