IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANZY BLAND
    Plaintiff(s)

Case No. WDQ-02-2223

v.

DIRECT INVESTIGATIVE
SERVICES, INC. d/b/a UNIVERSAL
DIRECT SECURITY
    Defendant(s)

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on 5/15/2003, as to Defendant DIRECT INVESTIGATIVE SERVICES, INC. d/b/a UNIVERSAL DIRECT SECURITY for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on 10/17/2002 (Md. Dept. of Assessments and Taxation) (Paper No. 4); therefore, it is this 4th day of September, 2003, by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED, that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant for a sum to be determined at a supplementary proceeding to be held before a Magistrate Judge at a later date, with interest and costs.

_____
William D. Quarles, Jr.
U.S. District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 SEP -4 P 4:
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

U.S. District Court (Rev. 11/1999) - Judgment by Default Pursuant to Rule 55