## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

October 21, 2003

Joseph T. Mallon, Jr., Esq.
Mallon and McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, MD 21202

    Re:  Tanzy Bland v. Direct Investigative Services, Inc.
         Civil No. WDQ-02-2223

Dear Mr. Mallon:

    As you know, Judge William Quarles referred the above-captioned case to me to conduct a hearing on the amount of the judgment and attorneys' fees and costs.

    Pursuant to Fed. R. Civ. P. 55(b)(2), the Court will conduct an evidentiary hearing on the damages recoverable in this Title VII action, including award of attorneys' fees and costs. Fed. R. Civ. P. 55(b)(2) accords the "right to a trial by jury to the parties when and as required by any statute of the United States." I am scheduling a conference call for Thursday, October 30, 2003, at 2:30 p.m., to discuss whether the plaintiff wishes a jury trial on damages and the length of the expected trial and the date.

                              Sincerely yours,

                              Susan K. Gauvey
                              United States Magistrate Judge

cc:  Court file