UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

November 10, 2003

Joseph T. Mallon, Jr., Esq.
Mallon and McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, MD 21202

Direct Investigative Services, Inc.
d/b/a Universal Direct Security
6615 Reisterstown Road, Suite 305
Baltimore, MD 21215

Mr. Antoine L. Travers, Sr.
7501 Village Road
Sykesville, MD 21784

    Re:  Tanzy Bland v. Direct Investigative Services, Inc.
          Civil No. WDQ-02-2223

Dear Counsel and Mr. Travers:

    This will confirm the schedule that has been set in this case and provide certain instructions relating to your pretrial and trial preparation.

| | |
|---|---|
| **February 17, 2004** | Deadline for submitting letter identifying witness, providing documents/exhibits and summary of law on entitlement to damages and elements of damages. |
| **February 24, 2004, at 9:30 a.m.** | Trial (counsel should come to chambers at 9:00 a.m. that morning). |

    Because default judgment has been entered in this case and the trial will be solely to establish damages, the Court will not require a pretrial order or conduct a pretrial conference.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                   /s/

                                Susan K. Gauvey
                                United States Magistrate Judge

cc:  Court File