## TANZY BLAND

### vs.

## DIRECT INVESTIGATIVE SERVICE

2004 FEB 24  F        )2

**Civil/Criminal No. WDQ-02-02223**

**PLAINTIFF Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/24/04 | 2/24/04 | Uniform ( Retained by Counsel) |
| 2 | 2/24/04 | 2/24/04 | Schedule from employer |
| 3 | 2/24/04 | 2/24/04 | Statement of earnings |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List