MAKE CHECK PAYABLE TO

# INVOICE
DUE UPON RECEIPT

VMW EXPRESS, INC.
P.O.BOX 1716
BELTSVILLE, MD 20705-1716
ATTN: ACCOUNTS RECEIVABLE

| | |
|---|---|
| Invoice No. 28757 | Customer No. 33576 |
| Invc Date 7/16/02 | Total Due 645.23 |
| Current 378.27 | Over 30 Days 257.21 |
| Over 60 Days .00 | Over 90 Days .00 |

JOSEPH MALLON ESQ
Attn: JOSEPH T MALLON JR LLC
16 S CALVERT ST #1002
BALTIMORE, MD 21202

WE NOW ACCEPT ALL MAJOR
CREDIT CARDS .PLEASE CALL
301-419-3565 EXT.8007 TO
SIGN UP. THANK YOU

PAY THIS AMOUNT     Tear and return with your payment.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 33576 | 28757 | 7/15/02 | 9.75 | 1 |

Service Detail

| Dat/Ord/Svc | | | | Charges | |
|---|---|---|---|---|---|
| 7/03/02 278680 SBB SBB | JOSEPH MALLON ESQ 16 S CALVERT ST BALTIMORE  MD 21202 Caller: TORI Signed: MALLON | US DIST COURT 101 W LOMBARD ST BALTIMORE  MD 21201 Time: 15:54 Your Ref: BLAND | | BASE : | 6.50 |

Total:    6.50



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270

FEES FOR SEARCHING FOR RECORDS AND PHOTOCOPYING

TO:   Tanzy Bland

EEOC Order No. 471 authorizes the collection of monies due to the United States. We are assessing the following fees in accordance with the schedule of fees contained at Section 1610.15 of the Commission Regulations. Please remit by check or money order, payable to the U.S. Treasurer, Equal Employment Opportunity Commission, Baltimore District Office; Attention: Ms. Pamela Lichtenberg, 10 S. Howard Street, 3rd Floor, Baltimore, Maryland 21201.

**DO NOT SEND CASH**

| Description of Services | Cost |
|---|---|
| Xerox copying from EEOC investigative files as follows, at $.15 per page: | |
| __41__ pages | $ 6.15 |
| __Tanzy Bland__ v. __Universal Direct Security__ | |
| Charge No. __120 A1 1012__ | |
| Cost of labor for search of records (1) at $7.00 per hour: | $ 7.00 |
| **TOTAL DUE:** | $ 13.15 |

```
       RECEIPT FOR PAYMENT
    UNITED STATES DISTRICT COURT
             for the
        DISTRICT OF MARYLAND
             BALTIMORE MARYLAND, MD

                            1186547
-----------------------------------------
RECEIVED FROM:
MALLON & MCCOOL, L.L.C
-----------------------------------------
Case Number:

L02-2223
-----------------------------------------
F/U/B/O:

Party ID:
Tender Type:           CHECK

02-086900              $60.00

Civil Filing-086900
                $.00

Remarks:
02-510000              $90.00

Civil Filing-510000
                $.00

Remarks: CK 2143
-----------------------------------------
   Subtotal:          $150.00
-----------------------------------------

Receipt Total:        $150.00
=========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:     7/3/02
   Clerk:    MRW
```

# PROSERV, Inc.
P.O. BOX 18232
(410) 737-6487
BALTIMORE, MD 21227

| BILL TO | Mallon & McCool, LLC<br>16 S. Calvert Street<br>Suite 1002<br>Baltimore, MD 21202 |
|---|---|

| DATE | 10/21/02 ~~10/17/02~~ |
|---|---|
| INVOICE # | 2222 |
| TERMS | Due on receipt |

Federal Tax ID # 52-2168680

| DATE | DESCRIPTION | YOUR FILE N... | AMT |
|---|---|---|---|
| 10/17/02 | AFFIDAVIT Direct Investigative Services, Inc. | Tanzy Bland | 28.75 |
| 10/17/02 | NON PERSONAL SERVICE Direct Investigative Services, Inc. | Tanzy Bland | 32.50 |
| 10/17/02 | Reimbursable Expenses Filing fee SDAT for Direct Investigative Services, Inc. | Tanzy Bland | 15.00 |

TOTAL -------------------------------------    $76.25

Thank you for your business.