IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TANZY BLAND | * |
|     Plaintiff | * |
|         v. | *  Civil Action No.: SKG-02-2223 |
| DIRECT INVESTIGATIVE SERVICES INC. d/b/a UNIVERSAL DIRECT SECURITY | * |
| | * |
| | * |
|     Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **AFFIDAVIT**

    The Plaintiff incurred costs in the above-captioned case, in the amount of $245.90. Copies of receipts and invoices reflecting this amount are attached hereto.

    I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.


                                                                                   /s/
                                                    Joseph T. Mallon, Jr.