WORKSHEET                      CASE:  BLAND V. DIRECT INVESTIGATIVE SERVICES        02-2223                      VOUCHER  No. _____

| DATE | DESCRIPTION OF SERVICES | CASE DEVELOPMENT, ADMIN. & BACKGROUND INVESTIGATION | PLEADINGS | COURT HEARINGS | TRIAL PREP | FEE PETITION |
|---|---|---|---|---|---|---|
| 8/1/01 | Client Meeting | 2.40 | | | | |
| 8/3/01 | Legal Research | 2.80 | | | | |
| 8/7/01 | Client Meeting, Prepare Charge of Discrimination, Review Statement | 4.20 | | | | |
| 8/9/01 | Review Charge of Discrimination and file | 0.90 | | | | |
| 2/5/02 | Review EEOC Determination | 0.50 | | | | |
| 4/15/02 | Review Notice of Right to Sue | 0.40 | | | | |
| 6/602 | Client Meeting | 1.30 | | | | |
| 6/6/02 | Review EEOC documents | 3.10 | | | | |
| 6/7/02 | Prepare Demand Letter | 1.60 | | | | |
| 6/22/02 | Draft Complaint | | 2.80 | | | |
| 6/23/03 | Client Meeting | 1.20 | | | | |
| 6/24/02 | Research Registered Agent | 0.80 | | | | |
| 7/3/02 | Finalize Complaint and Prepare Filing | | 2.40 | | | |
| 10/8/02 | Draft Letter to Proserv | 0.40 | | | | |
| 1/23/03 | Review Correspondence from Court | 0.30 | | | | |
| 2/3/03 | Draft Letter to Court | 0.40 | | | | |
| 3/28/03 | Review Correspondence from Court | 0.20 | | | | |

WORKSHEET                        CASE: BLAND V. DIRECT INVESTIGATIVE SERVICES        02-2223                        VOUCHER No. _____

| DATE | DESCRIPTION OF SERVICES | CASE DEVELOPMENT, ADMIN. & BACKGROUND INVESTIGATION | PLEADINGS | COURT HEARINGS | TRIAL PREP | FEE PETITION |
|---|---|---|---|---|---|---|
| 4/16/03 | Review Order from Court | 0.20 | | | | |
| 5/12/03 | Draft Motion for Default | | 4.30 | | | |
| 5/15/03 | Prepare Waiver of Jury Trial and Consent to Proceed before Magistrate, Client Meeting | 2.80 | | | | |
| 9/7/03 | Review Order from Court | 0.20 | | | | |
| 10/7/03 | Draft Motion for Supplemental Proceedings | | 1.80 | | | |
| 10/24/03 | Review Letter from Court | 0.20 | | | | |
| 11/10/03 | Review Order from Court | 0.30 | | | | |
| 11/11/03 | Draft Letter to Client | 0.30 | | | | |
| 2/17/03 | Client Meeting | 2.80 | | | | |
| 2/17/03 | Draft Letter to Court | 0.80 | | | | |
| 2/18/03 | Hearing Preparation | | | | 2.90 | |
| 2/24/03 | Travel, Client Meeting, Court | | | 3.10 | | |
| | | | | | | 2.80 |
| | | | | | | |
| | Total Hours | 28.10 | 11.30 | 3.10 | 2.90 | 2.80 |
| | | | | | | |

**CASE:  BLAND V. DIRECT INVESTIGATIVE SERVICES          02-2223**                          **VOUCHER  No. _____**

| DATE | DESCRIPTION OF SERVICES | CASE DEVELOPMENT, ADMIN. & BACKGROUND INVESTIGATION | PLEADINGS | COURT HEARINGS | TRIAL PREP | FEE PETITION |
|------|------------------------|----------------------------------------------------|-----------|----------------|------------|--------------|
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |
|      |                        |                                                    |           |                |            |              |