```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

TANZY BLAND,            *

       Plaintiff        *

   v.                    *     CIVIL NO.    WDQ-02-2223
                                   (Magistrate Judge Gauvey)

DIRECT INVESTIGATIVE     *
SERVICES INC. d/b/a
UNIVERSAL DIRECT SECURITY    *

       Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## O R D E R

In accordance with the Findings of Fact and Conclusions of Law, it is so

**ORDERED** this ___7th___ day of May, 2004, that fees in the amount of $9,640.00, and expenses in the amount of $245.90, a total of $9,885.90, be awarded to plaintiff.

                                         _____/s/_____

                                         Susan K. Gauvey
                                         United States Magistrate Judge